| PROB 22<br>(Rev. 2/88) | **FILED**<br>**TRANSFER OF JURISDICTION**<br>07 OCT 12 AM 11:05<br>MICHAEL W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CR 07 | DOCKET NUMBER *(Tran. Court)*<br>1:05CR00098-002LH |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>**0646**  |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Amie Lee Couch | DISTRICT<br>NEW MEXICO | DIVISION<br>U.S. Probation Office |
| | NAME OF SENTENCING JUDGE<br>Honorable C. LeRoy Hansen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>01/12/2007 — 01/1?/?0 |

OFFENSE: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §841(b)(1)(C)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/19/07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/25/07
Effective Date

_____
United States District Judge